# Notice Recipients

District/Off: 0970–4  User: admin  Date Created: 4/12/2024
Case: 4:24–bk–02783–BMW  Form ID: ntcdef  Total: 3

**Recipients of Notice of Electronic Filing:**
tr  DIANNE C. KERNS  mail@dcktrustee.com
aty  BENJAMIN WRIGHT  bwright@wloaz.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  HORACE LEROY WICK  5374 E. SPRING RD  HEREFORD, AZ 85615

TOTAL: 1