Law Offices
Howard A. Chorost, P.C.
21 East Speedway Boulevard
Tucson, Arizona 85705
(520) 792-0011
(520) 844-1196 (fax)
Email: hchorost@me.com

Howard A. Chorost, Esq.
State Bar of Arizona No. 012663

Attorney for Movant

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | Chapter 13 Proceedings |
|---|---|
| Horace Leroy Wick, Debtor. | Case No. 4:24-bk-02783-BMW |
| Aida E. Wick, Movant, vs. Horace Leroy Wick, Debtor; Dianne C. Kerns, Trustee, Respondents. | MOTION FOR A COMFORT ORDER CONFIRMING THE ABSENCE OF STAYS, OR ALTERNATIVELY, FOR RELIEF FROM STAYS (Re: 5374 E. Spring Road, Hereford, Arizona 85615) |

Movant, the owner of the below described Real Property, hereby moves and applies to the Court for a Comfort Order confirming the absence of Stays in accordance with 11 U.S.C. §362(j); or alternatively for an Order terminating the Automatic Stay, pursuant to 11 U.S.C. §362(d) with regard to Movant's enforcement of a Judgment entered pre-petition against the Debtor for possession of said property.

1. This Motion arises under Title 11 of the United States Code, in the following described case which has been referred to and is pending in the United States Bankruptcy Court for the District of Arizona:

Debtor: Horace Leroy Wick
CASE NUMBER: 4:24-bk-02783-BMW
CHAPTER: 13
FILING DATE: April 11, 2024

2. The subject Real Property described as follows:

Street Address: 5374 E. Spring Road, Hereford, Arizona 85615.

3. Movant is the owner of said real property.

4. Movant alleges she is entitled to a Comfort Order, in accordance with 11 U.S.C. §362(j), confirming the absence of Stays pursuant to 11 U.S.C. §362(b)(22) as Movant obtained a Judgment of Eviction against Debtor in the Cochise County Superior Court on April 9, 2024 under Case Number CV2024-00195. Exhibit "A."

11 U.S.C. §362(b)(22)

*The filing of a petition under section 301, 302, or 303 of this title, or of an application under section 5(a)(3) of the Securities Investor Protection Act of 1970, does not operate as a stay—*

*(22) subject to subsection (l), under subsection (a)(3), of the continuation of any eviction, unlawful detainer action, or similar proceeding by a lessor against a debtor involving residential property in which the debtor resides as a tenant under a lease or rental agreement and with respect to which the lessor has obtained before the date of the filing of the bankruptcy petition, a judgment for possession of such property against the debtor;*

5. A Writ of Restitution was issued by the Cochise County Superior Court on April 11, 2024. Exhibit "B."

6. The Sheriff will require evidence of Comfort Order or Order Terminating Stay in order to move forward with service of the Writ of Restitution.

7. Movant alleges Debtor lacks any interest in the subject real property, legal or equitable.

8. A final Judgment was entered by the Cochise County Superior Court, pre-petition, stating the Movant is entitled to possession of the subject property.

Wherefore, Movant prays that the Court enter a comfort Order confirming the absence of Stays in accordance with 11 U.S.C. §362(j), or alternatively, an Order Terminating all Stays, in accordance with 11 U.S.C. §362(d), including the Automatic Stay with respect to enforcement of Movant's Judgment for Eviction and Writ of Restitution.

In the event a Comfort Order is not issued, Movant requests that an Order Terminating Stay be entered in accordance with 11 U.S.C. §362(d).

RESPECTFULLY SUBMITTED: April 26, 2024

HOWARD A. CHOROST, P.C.

*/s/ Howard A. Chorost, State Bar No. 012663*

Howard A. Chorost
Attorney for Movant
Aida E. Wick

Exhibit "A"

FILED
Amy Hunley
CLERK, SUPERIOR COURT
04/09/2024 3:19PM
BY: BCOX
DEPUTY

**Robert D. Stachel, Jr.**
**STACHEL & ASSOCIATES, P.C.**
**333 W. Wilcox Dr., Suite 205**
**Sierra Vista, Arizona 85635**
**Phone (520) 452-1006**
**Attorney for Plaintiff**
**Ariz. St. Bar No. 018643**
**rstachel@stachellaw.com**

**IN THE SUPERIOR COURT OF THE STATE OFARIZONA**

**IN AND FOR THE COUNTY COCHISE**

| | | |
|---|---|---|
| **AIDA E. WICK, a widow,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**HORACE L. WICK, a single man; "JOHN DOE" and "JANE DOE" Occupants,**<br><br>**Defendants.** | ) | **Case No. CV2024-00195**<br><br>**JUDGMENT OF EVICTION**<br><br>**Hon: Terry Bannon** |

This Forcible Entry and Detainer ("Eviction Action") action came before this Court on this 5th day of April, 2024, with the Plaintiff, AIDA E. WICK, being present, by telephone, and represented by counsel, Robert D. Stachel, Jr. The Defendants, HORACE L. WICK;, "JOHN DOE" and "JANE DOE" Occupants, were present, in person, and not represented by counsel. This Court has jurisdiction over this eviction action which seeks possession of the real property in Cochise County, Arizona, located at 5374 E. Spring Road, Hereford, Arizona (the "Subject Property"). This Court having considered the evidence presented at the hearing on this matter,

**THE COURT FINDS** that:

1. The Summons and Complaint in this action were properly and timely served upon the Defendants , and the Complaint included the information and notices required under Rule 5, Ariz. R. P. - Eviction Actions;

2. The Defendants received proper notice to vacate the Subject Property and were properly served the Summons and Complaint in this action;

3. The Plaintiff's right of possession of the Subject Property is superior to that of the Defendants; and

4. The Plaintiff makes no claim of rent from the Defendants in this action.

**THEREFORE, IT IS THE ORDER OF THIS COURT** that Judgment is entered in favor of the Plaintiff , Aida E. Wick , and against the Defendants, Horace L. Wick and "John Doe" and "Jane Doe" Occupants.

**IT I S FURTHER ORDERED** that the Plaintiff is entitled to and is hereby awarded possession of the Subject Property located at 5374 E. Spring Road, Hereford, Arizona, and the Defendants are ordered to vacate the Subject Property by 11:59 p.m. (midnight), on the 10th day of April, 2024.

**IT IS FURTHER ORDERED** that in the event the Defendants do not vacate the Subject Property by 11:59 p.m. (midnight), on the 10 th day of April , 2024, a Writ of Restitution shall be issued forthwith.

eSigned by TERRY BANNON 04/09/2024 15:14:27 fM4gnp0q

Exhibit "B"

FILED
APR 11 2024
AMY J HUNLEY
CLERK OF SUPERIOR COURT
BY

**Robert D. Stachel, Jr.**
**STACHEL & ASSOCIATES, P.C.**
**333 W. Wilcox Dr., Suite 205**
**Sierra Vista, Arizona 85635**
**Phone (520) 452-1006**
**Attorney for Plaintiff**
**Ariz. St. Bar No. 018643**
**rstachel@stachellaw.com**

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY COCHISE

**AIDA E. WICK, a widow,**

**Plaintiff,**

**vs.**

**HORACE L. WICK, a single man; "JOHN DOE" and "JANE DOE" Occupants,**

**Defendants.**

**Case No. CV2024-00195**

**WRIT OF RESTITUTION**

**Hon: Terry Bannon**

TO THE SHERIFF OR CONSTABLE OF COCHISE COUNTY, ARIZONA

On April 5, 2024, a Judgment was entered against the Defendant Horace L. Wick, John Does I-V and Jane Does I-V; and Tenants, for restitution of 5374 E. Spring Road, Hereford, Arizona, 85615. The Defendants were commanded to vacate the premise by 11:59 p.m. (midnight), on the 10th day of April, 2024. See Judgment, Exhibit A.

YOU ARE COMMANDED to remove the Defendant(s) from the premises and to return possession of the premises to Plaintiff.

DATED this 11 day of April 2024.

By: ______________________
Superior Court Judge

STACHEL & ASSOCIATES, P.C.
333 W. Wilcox Dr., Suite 205
Sierra Vista, AZ 85635
Tele: (520) 452-1006 ~ svlaw@stachellaw.com

RECEIVED
APR 11 2024
Cochise County
Clerk of the Superior Court

# CERTIFICATE OF SERVICE

I state under penalty of perjury that the foregoing is true and correct:

I received this Writ from the Court on ___ day of April, 2024, and executed same as follows:

Date/Time of Service: ______________________________

I served this Writ on: ______________________________
(Person Served)

Property restored to Plaintiff on this date:

April ___, 2024.

[ ] Defendant already moved at time of service

[ ] Other:

______________________________________________________

______________________________________________________

______________________________________________________.

DATED: ______________________________

SHERIFF/CONSTABLE ______________________________

STACHEL & ASSOCIATES, P.C.
333 W. Wilcox Dr., Suite 205
Sierra Vista, AZ 85635
Tele: (520) 452-1006 ~ svlaw@stachellaw.com

STACHEL & ASSOCIATES, P.C.
333 W. Wilcox Dr., Suite 205
Sierra Vista, AZ 85635
Tele: (520) 452-1006 ~ svlaw@stachellaw.com

EXHIBIT A

FILED
Amy Hunley
CLERK, SUPERIOR COURT
04/09/2024 3:19PM
BY: BCOX
DEPUTY

**Robert D. Stachel, Jr.**
**STACHEL & ASSOCIATES, P.C.**
**333 W. Wilcox Dr., Suite 205**
**Sierra Vista, Arizona 85635**
**Phone (520) 452-1006**
**Attorney for Plaintiff**
**Ariz. St. Bar No. 018643**
**rstachel@stachellaw.com**

## IN THE SUPERIOR COURT OF THE STATE OFARIZONA

## IN AND FOR THE COUNTY COCHISE

| | |
|---|---|
| **AIDA E. WICK, a widow,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**HORACE L. WICK, a single man; "JOHN DOE" and "JANE DOE" Occupants,**<br><br>**Defendants.** | **Case No. CV2024-00195**<br><br>**JUDGMENT OF EVICTION**<br><br>**Hon: Terry Bannon** |

This Forcible Entry and Detainer ("Eviction Action") action came before this Court on this 5th day of April, 2024, with the Plaintiff, AIDA E. WICK, being present, by telephone, and represented by counsel, Robert D. Stachel, Jr. The Defendants, HORACE L. WICK;, "JOHN DOE" and "JANE DOE" Occupants, were present, in person, and not represented by counsel. This Court has jurisdiction over this eviction action which seeks possession of the real property in Cochise County, Arizona, located at 5374 E. Spring Road, Hereford, Arizona (the "Subject Property"). This Court having considered the evidence presented at the hearing on this matter,

**THE COURT FINDS** that:

1. The Summons and Complaint in this action were properly and timely served upon the Defendants , and the Complaint included the information and notices required under Rule 5, Ariz. R. P. - Eviction Actions;

2. The Defendants received proper notice to vacate the Subject Property and were properly served the Summons and Complaint in this action;

3. The Plaintiff's right of possession of the Subject Property is superior to that of the Defendants; and

4. The Plaintiff makes no claim of rent from the Defendants in this action.

**THEREFORE, IT IS THE ORDER OF THIS COURT** that Judgment is entered in favor of the Plaintiff , Aida E. Wick , and against the Defendants, Horace L. Wick and "John Doe" and "Jane Doe" Occupants.

**IT I S FURTHER ORDERED** that the Plaintiff is entitled to and is hereby awarded possession of the Subject Property located at 5374 E. Spring Road, Hereford, Arizona, and the Defendants are ordered to vacate the Subject Property by 11:59 p.m. (midnight), on the 10th day of April, 2024.

**IT IS FURTHER ORDERED** that in the event the Defendants do not vacate the Subject Property by 11:59 p.m. (midnight), on the 10 th day of April , 2024, a Writ of Restitution shall be issued forthwith.

eSigned by TERRY BANNON 04/09/2024 15:14:27 fM4gnp0q