THIS ORDER IS APPROVED.

Dated: April 26, 2024

*Brenda Moody Whinery*

**Brenda Moody Whinery, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| HORACE LEROY WICK | Case No. 4:24-bk-02783-BMW |
| Debtor. | ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS |

The Court finding that:

    1.    Debtor filed a Motion to Extend time to file Schedules and Statements on April 25th, 2024. For good cause appearing:

IT IS HEREBY ORDERED that the Motion filed by Debtors is granted and that Debtors shall have until May 5th, 2024 to file their unfiled Schedules and Statements.

**SIGNED AND DATED ABOVE**